# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2013

## NO. 03-12-00673-CR

**Ryan Francis Chase, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is reversed, and the cause is remanded for further proceedings; and that this decision be certified below for observance.